IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA                                          RESPONDENT


v.                          Case No. 4:15-cr-40011
                            Case No. 4:18-cv-4167


LACORTNEY D. SANDERS                                                  MOVANT


**<u>ORDER</u>**

Before the Court is the Report and Recommendation filed August 2, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Bryant recommends that Movant Lacortney D. Sanders's Motion to Vacate, Set Aside, or Correct Sentence pursuant to U.S.C. § 2255 (ECF No. 47) be denied and that this case be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Sanders's Motion to Vacate, Set Aside, or Correct Sentence pursuant to U.S.C. § 2255 (ECF No. 47) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. Further, the Court finds that an appeal from dismissal would not be taken in good faith and that no certificate of appealability should be issued.

**IT IS SO ORDERED**, this 22nd day of August, 2019.


                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge